# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-2715
_____

STATE OF FLORIDA,

Petitioner,

v.

DENISE WILLIAMS,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 8, 2021

PER CURIAM.

DENIED.

RAY, JAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley Moody, Attorney General, and Benjamin L. Hoffman, Assistant Attorney General, Tallahassee, for Petitioner.

No appearance for Respondent.